UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.06-60339-CIV-COOKE

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Mary R. Humphrey

       Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This matter having come before the Court upon plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Mary R. Humphrey, and the Court having reviewed the pleadings submitted on behalf of the plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the summons and complaint served by the plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of plaintiff, the United States of America, and against defendant, Mary R. Humphrey, upon the complaint herein, and it is further

ORDERED AND ADJUDGED that plaintiff recover of the defendant, Mary R. Humphrey, the sum of $12,234.03 consisting of $5,036.18 in unpaid principal, plus the amount of $6,172.85 in accrued interest through May 10, 2006 in accordance with the

supporting documentation attached as Exhibits "A" and "B" to plaintiff's Motion for Entry of Default Final Judgment, plus interest at the rate of 6.65% per annum on the unpaid principal amount of $2,244.37 and 8% per annum on the unpaid principal amount of $2,791.81 to the date of this judgment, attorney's fees of $1,000.00, and administrative fees of $5.00, together with the sum of $20.00 in taxed costs, and it is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers, in Miami, Miami-Dade County, Florida, this 22 day of May, 2006.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

CC: David E. Newman, P.A.
    Attorney for Plaintiff
    Facsimile 305-666-9714

    Mary R. Humphrey
    3840 Nw 8 Ct
    Ft Lauderdale, FL  33311